

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
12/28/2012

| | | |
|---|---|---|
| In the Matter of: | § | |
| | § | CASE NO. 12-70427 |
| STAR EMS | § | |
| | § | |
| *Debtor(s)* | § | CHAPTER 11 |
| | § | 60 |

## ORDER AUTHORIZING EMPLOYMENT OF
## FRANCISCO J. RODRIGUEZ AND MELISSA CARRANZA
## AS SPECIAL COUNSEL FOR THE ESTATE

ON THIS DATE, this Court considered the Application of STAR EMS, for an order approving the employment of FRANCISCO J. RODRIGUEZ and MELISSA R. CARRANZA as Special Counsel for the Estate in the above-referenced case for the reasons as stated in the Application. The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. 101(14) and that the proposed professional represents or holds no interest adverse to the Estate.

IT IS THEREFORE ORDERED that the Application is GRANTED and that the employment of FRANCISCO J. RODRIGUEZ and MELISSA R. CARRANZA as Special Counsel for the Chapter 11 Estate in the above-referenced case for the purposes as set forth in the Motion is hereby APPROVED, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

DATED: December 28, 2012

_____
PRESIDING BANKRUPTCY JUDGE